The People of the State of New York, Respondent,
against
Khamisi Khamisi, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Kate Paek, J.), rendered October 21, 2015, convicting him, upon his plea of guilty, of disorderly conduct, and imposing sentence.




Per Curiam.
Judgment of conviction (Kate Paek, J.), rendered October 21, 2015, affirmed.
The accusatory instrument was not jurisdictionally defective. It charged all the elements of unlicensed general vending (see Administrative Code of City of NY § 20—453). The instrument recites that defendant was observed "display[ing] and offer[ing] for sale five pairs of sunglasses," "holding .. the merchandise in his hand" and "showing the merchandise to numerous people." Based on these allegations, a factfinder could reasonably infer that defendant engaged in the conduct required for acting as a general vendor (see People v Abdurraheem, 94 AD3d 569 [2012], lv denied 19 NY3d 970 [2012]). Further, defendant's actions were sufficiently pleaded as having occurred in a "public space" (Administrative Code § 20—452[d]; People v Abdurraheem, 94 AD3d at 570]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: February 19, 2019